UNITED STATES of America,
Plaintiff,

v.

Donald LaCruce MILLER, Defendant,

MGB Associates, an irrevocable trust, Marsha R. Turner, for the benefit of Jaydon Turner and Shadoe Turner, Gaylon Miller and Brittain Miller, Forfeiture Respondents–Appellants,

v.

United States of America,
Plaintiff–Appellee.

No. 03–7093.

United States Court of Appeals,
Tenth Circuit.

May 10, 2005.

Heldon J. Sperling, U.S. Attorney, Linda A. Epperley, D. Michael Littlefield, Asst. U.S. Attorney, Office of the United States Attorney, Muskogee, OK, for Plaintiff–Appellee.

Ron Wright, Wright, Stout & Fite, Muskogee, OK, for Respondents–Appellants.

Before EBEL, O'BRIEN, Circuit Judges, and STEWART, District Judge.*

**ORDER AND JUDGMENT****

STEWART, District Judge.

Pursuant to Rule 42(b), Fed. R.App. P., and the stipulation submitted by the parties, this appeal has been settled and is hereby dismissed as moot. The case is remanded to the district court with in-

---

* The Honorable Ted Stewart, District Judge, District of Utah, sitting by designation.

** This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.

structions to dismiss the case. Each party shall bear its own costs and the mandate shall issue forthwith.

---

The court generally disfavors the citation of orders and judgment; nevertheless, an order and judgment may be cited under the terms and conditions of the 10th Cir. R. 36.3.